VINCE M. VERDE SBN 202472
vince.verde@ogletree.com
JAMES T. CONLEY SBN 224174
james.conley@ogletree.com
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant
WALMART INC.

Jay S. Rothman, Esq.
lawyers@jayrothmanlaw.com
JAY S. ROTHMAN & ASSOCIATES
21900 Burbank Boulevard, Suite 210
Woodland Hills, CA 91367
Telephone: 818.986.7870
Facsimile: 818.990.3019

Attorneys for Plaintiff
MERCEDES DAVIS

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCEDES DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-3483 MWF (SSx)<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. (a)(1)(A)(ii)**<br><br>State Court Action Filed: March 22, 2018<br>Trial Date: None Set<br>District Judge: Michael W. Fitzgerald<br>Magistrate Judge: Suzanne H. Segal |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that the case be dismissed with prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, all parties are to bear their own costs and fees incurred in this instant action.

DATED: December 21, 2018

_____
Honorable Michael W. Fitzgerald
District Judge

36760239.1